IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DAVID WOOD,<br>　　*Plaintiff*,<br><br>v.<br><br>RACHEL PATTON, Attorney Pro Tem,<br>State of Texas,<br>　　*Defendant*. | Civil Case No. 1:24-cv-01058-RP<br><br>**Execution Scheduled for March 13, 2025** |

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff David Wood, pursuant to 28 U.S.C. § 1291 and Federal Rule of Appellate Procedure 4, appeals to the United States Court of Appeals for the Fifth Circuit the February 19, 2025, order dismissing Mr. Wood's complaint under 42 U.S.C. § 1983 and denying Mr. Wood's preliminary injunction motion, ECF No. 21, as well as the final judgment signed the same day, ECF No. 22. Mr. Wood proceeded *in forma pauperis* in the district court, ECF No. 7, and he requests to do the same in the United States Court of Appeals for the Fifth Circuit.

1

DATE: February 22, 2025

JASON D. HAWKINS
Federal Public Defender

*/s/ Jeremy Schepers*
Jeremy Schepers
Supervisor, Capital Habeas Unit

*/s/ Naomi Fenwick*
Naomi Fenwick

*/s/ Claire Davis*
Claire Davis
Assistant Federal Public Defenders

Office of the Federal Public Defender
Northern District of Texas
525 S. Griffin St., Ste. 629
Dallas, TX 75202
214-767-2746
214-767-2886 (fax)
jeremy_schepers@fd.org
naomi_fenwick@fd.org
claire_daivs@fd.org

*/s/ Gregory Wiercioch*
Gregory W. Wiercioch
University of Wisconsin Law School
975 Bascom Mall
Madison, Wisconsin 53706
(Tel) 832-741-6203
(Fax) 608-263-3380
gregory.wiercioch@wisc.edu

## CERTIFICATE OF SERVICE

    I hereby certify that on February 22, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court for the Western District of Texas using the electronic case-filing (ECF) system of the Court, which will serve all registered users in this case.

                                */s/ Naomi Fenwick*
                                Naomi Fenwick